| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter   **7** |

☐ Check if this an amended filing

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **PEAK POWER, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **PEAKE POWER USA**<br>**FKA  GOLDEN STATE POWER, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-3169295** |
| 4. | Debtor's address | **Principal place of business**<br><br>**10312 Palm Avenue**<br>**Bakersfield, CA 93308**<br>Number, Street, City, State & ZIP Code<br><br>**Kern**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

| Debtor | **PEAK POWER, LLC** | | Case number (*if known*) | |
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | ____ | When | ____ | Case number | ____ |
| | District | ____ | When | ____ | Case number | ____ |

| Debtor | PEAK POWER, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **PEAK POWER, LLC** | | Case number (*if known*) | |
|--------|---------------------|---|--------------------------|---|
| | Name | | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

Debtor    **PEAK POWER, LLC**                      Case number (*if known*)
          Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 20 2023
              MM / DD / YYYY

X /s/ Darron Nilsson                  **Darron Nilsson**
   Signature of authorized representative of debtor       Printed name

Title    **Managing Member**

**18. Signature of attorney**

X /s/ Leonard K. Welsh             Date **December 20 , 2023**
   Signature of attorney for debtor               MM / DD / YYYY

**Leonard K. Welsh 097954**
Printed name

**Law Office of Leonard K. Welsh**
Firm name

**1800 30th Street, Fourth Floor**
**Bakersfield, CA 93301**
Number, Street, City, State & ZIP Code

Contact phone    **661-328-5328**      Email address    **lwelsh@lkwelshlaw.com**

**097954 CA**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **PEAK POWER, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 7,500.00 |
   | Prior to the filing of this statement I have received | $ | 7,500.00 |
   | Balance Due | $ | 0.00 |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December **20** , 2023

*Date*

*/s/ Leonard K. Welsh*

**/s/ Leonard K. Welsh**
**Leonard K. Welsh 097954**
*Signature of Attorney*
**Law Office of Leonard K. Welsh**
**1800 30th Street, Fourth Floor**
**Bakersfield, CA 93301**
**661-328-5328   Fax: 661-760-9900**
**lwelsh@lkwelshlaw.com**
*Name of law firm*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PEAK POWER, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 20, 2023          X /s/ Darron Nilsson
                                         Signature of individual signing on behalf of debtor

                                         **Darron Nilsson**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name    **PEAK POWER, LLC** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*..................................................................................................    $                0.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*..............................................................................................    $      1,883,899.09

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*.................................................................................................    $      1,883,899.09

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      1,980,963.09

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $        718,035.94

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$        952,152.76

4.    Total liabilities ...............................................................................................................    $      3,651,151.79
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **PEAK POWER, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Dayspring Bank fdba First State Bank | Checking | 7021 | $99.48 |
| 3.2. | Dayspring Bank fdba First State Bank | Checking-Operating | 7020 | $0.00 |
| 3.3. | Chase Bank | Savings | 1311 | $0.00 |
| 3.4. | Chase Bank | Checking | 7766 | $68.13 |
| 3.5. | Dayspring Bank fdba First State Bank | Checking-Payroll | 6770 | $0.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $167.61

**Part 2:**     Deposits and Prepayments

Debtor     **PEAK POWER, LLC**                              Case number *(if known)* _____
           Name

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:   **791,931.42**   -   **0.00**  = ....   **$791,931.42**
                                     face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | **$791,931.42** |

**Part 4:      Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     Raw materials | | | | |
| 20.     Work in progress | | | | |
| 21.     Finished goods, including goods held for resale | | | | |
| 22.     Other inventory or supplies | | | | |
|         Inventory | 12/15/2023 | $0.00 | | $90,695.00 |

23.     **Total of Part 5.**                                                            | **$90,695.00** |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No

| Debtor | **PEAK POWER, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Desks, Chairs, Tables, Whiteboard, Printer, Computer | $0.00 | | $955.00 |

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86.

| | $955.00 |
|---|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?
■ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **2006 Ford F250 truck**<br>VIN: XX2463 | $0.00 | | $9,000.00 |
| 47.2. **2021 Ford F350 PV Rig**<br>VIN: XX2217 | $0.00 | | $62,000.00 |

| Debtor | **PEAK POWER, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.3. | **2021 Ford F350 PV Rig**<br>**VIN: XX2219** | $0.00 | $64,000.00 |
| 47.4. | **2005 Chevrolet W4**<br>**VIN: XX8772** | $0.00 | $10,000.00 |
| 47.5. | **2017 Ford Explorer**<br>**VIN: XX6370** | $0.00 | $12,786.00 |
| 47.6. | **2017 Ford F150 truck**<br>**VIN: XX2049** | $0.00 | $31,000.00 |
| 47.7. | **2019 Rock Solid Trailer**<br>**VIN: XX0132** | $0.00 | $8,500.00 |
| 47.8. | **2013 Ford F150 truck**<br>**VIN: XX0401** | $0.00 | $8,500.00 |
| 47.9. | **2020 Chevrolet Bolt EV**<br>**VIN: XX6117**<br>**(LEASE)** | $0.00 | $0.00 |
| 47.10 | **2020 Chevrolet Bolt EV**<br>**VIN: XX3456**<br>**(LEASE)** | $0.00 | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**           | $205,786.00 |
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

Debtor    **PEAK POWER, LLC**                                    Case number *(if known)* _____
          Name

| Part 10: | Intangibles and Intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties<br>**Contractor's License**<br>___<br>**Contractors State License Board**<br>**9821 Bisiness Park Drive**<br>**Sacramento, CA 95827**<br>---<br>**License No. 1030700** | **$0.00** | | **$0.00** |
| **City Business Licenses**<br>___<br>**City of Arvin**<br>**City of Bakersfield**<br>**City of Delano**<br>**City of Kingsburg**<br>**City of Ontario**<br>**City of Porteerville**<br>**City of Ridgecrest**<br>**City of Selma**<br>**City of Visalia**<br>**City of Wasco**<br>**City of Tehachapi** | **$0.00** | | **$0.00** |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66. Total of Part 10.**                                                                  **$0.00**
Add lines 60 through 65. Copy the total to line 89.

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
■ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Debtor     **PEAK POWER, LLC**                                   Case number *(if known)* _____
          Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Workers Compensation and Employers Liability Insurance Policy** | |
| | **Midwest Employers Casualty Company**<br>**9301 Innovation Drive, Suite 200**<br>**Manassas, VA 20110**<br>----------<br>**Policy No. XX60277** | **$0.00** |
| | **Excess Liability Insurance Policy** | |
| | **Beazley Insurance Company, Inc.**<br>**30 Batterson Park Drive**<br>**Farmington, CT 06032**<br>--------<br>**Policy No. XX255-02** | **$0.00** |
| | **Enviornmental Insurance Policy** | |
| | **Beazley Insurance Company, Inc.**<br>**30 Batterson Park Drive**<br>**Farmington, CT 06032**<br>----<br>**Policy No. XX7633-02** | **$0.00** |
| | **Business Auto Insurance Policy** | |
| | **California Automobile Insurance Company**<br>**P.O. Box 10730**<br>**Santa Ana, CA 92711-0730** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Employee Retention Tax Credit** | **$699,238.00** |

Debtor    **PEAK POWER, LLC**             Case number *(If known)* _____
            Name

**Complaint for Mechanic's Lien**

**PEAK POWER, LLC**
vs.
**LIMONEIRA COMPANY dba LMNA-TSEA**
**CORPORATION, PERPETUAL POWER, LLC and**
**DOES 1-50, inclusive**
-------------
**Ventura County Superior Court**
**Case No.** _____             **$95,126.06**

---

78. **Total of Part 11.**             **$794,364.06**

     Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Debtor | **PEAK POWER, LLC** | Case number *(if known)* | |
| | Name | | |

**Part 12.   Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $167.61 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $791,931.42 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $90,695.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $955.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $205,786.00 | |
| 88. Real property. *Copy line 56, Part 9.*..............................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $794,364.06 | |
| 91. Total. Add lines 80 through 90 for each column | $1,883,899.09 | + 91b. $0.00 |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92            $1,883,899.09

| Fill in this information to identify the case: |
|---|

Debtor name    **PEAK POWER, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **aDayspring Bank fdba First State Bank**<br>Creditor's Name<br><br>**5370 S 72nd Street**<br>**Ralston, NE 68112**<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/11/2020**<br>**Last 4 digits of account number**<br>**4152**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Deposit accounts, account receivables, nventory, equipment, accounts**<br><br>Describe the lien<br>**Security interest perfected by UCC Financing Statement filed on 12/11/2020**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,869,950.47 | $1,771,086.07 |
| **2.2** **Ally Servicing, LLC**<br>Creditor's Name<br><br>**P.O. Box 9001948**<br>**Louisville, KY 40290**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**5030** | Describe debtor's property that is subject to a lien<br>**2021 Ford F350 PV Rig**<br>**VIN: XX2219**<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $47,111.45 | $64,000.00 |

Debtor   **PEAK POWER, LLC**
_____    Case number (if known) _____
         Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ally Servicing, LLC** | Describe debtor's property that is subject to a lien | $39,901.17 | $62,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2021 Ford F350 PV Rig**<br>**VIN: XX2217** |
| **P.O. Box 9001948**<br>**Louisville, KY 40290** | |
| Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**4866** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Bank of America** | Describe debtor's property that is subject to a lien | $24,000.00 | $31,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2017 Ford F150 truck**<br>**VIN:  XX2049** |
| **Corporate Center**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | |
| Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security Interest** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$1,980,963.09**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor  **PEAK POWER, LLC**
        Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|
| Debtor name    **PEAK POWER, LLC** |
| United States Bankruptcy Court for the:    **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known)   _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Employment Development Department**<br>**Bankruptcy Special Procedures**<br>**P.O. Box 826880 MIC 92E**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,879.55 | $10,879.55 |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Withholding Taxes**<br>**3rd and 4th Quarter 2023** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $532,156.39 | $532,156.39 |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee Withholding Taxes**<br>**3rd and 4th Quarter 2022 and**<br>**1st, 2nd, and 3rd, Quarter 2023** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

47160

| Debtor | **PEAK POWER, LLC** | | Case number (if known) | |
|--------|---------------------|--|------------------------|--|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 | $15,150.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|------------|

**Kevin Scheidt**
**10808 Silver Falls Avenue**
**Bakersfield, CA 93312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Commissions** |
|---------------------------------|--------------------------------------|

| Last 4 digits of account number | Is the claim subject to offset? |
|---------------------------------|---------------------------------|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Ronald Cubillos**
**3155 Berkshire Road**
**Bakersfield, CA 93313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Commissions** |
|---------------------------------|--------------------------------------|

| Last 4 digits of account number | Is the claim subject to offset? |
|---------------------------------|---------------------------------|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,000.00 | $15,150.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|------------|

**Troy Butler**
**26000 Bear Valley**
**Tehachapi, CA 93561**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Commissions** |
|---------------------------------|--------------------------------------|

| Last 4 digits of account number | Is the claim subject to offset? |
|---------------------------------|---------------------------------|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 | $15,150.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|------------|

**Tucker Maxfield**
**1319 Tulare Street**
**Kingsburg, CA 93631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Commissions** |
|---------------------------------|--------------------------------------|

| Last 4 digits of account number | Is the claim subject to offset? |
|---------------------------------|---------------------------------|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **PEAK POWER, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00

**Annie Housey**
**8418 Hosey Avenue**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Referral Fee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $500.00

**Art Rodriguez**
**13888 South Academy Avenue**
**Kingsburg, CA 93631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Referral fee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00

**Asphalt Doctor**
**P.O. Box 9914**
**Bakersfield, CA 93389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.00

**AT&T**
**208 South Akard Street, Ste. 2954**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00

**Aurora Solar**
**153 Kearny Street, Ste. 2954**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Software Subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,466.53

**Bakersfield Ice**
**1131 23rd Street**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Purchase of Ice

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00

**Battelle Energy Alliance**
**2525 Fremont Street**
**Idaho Falls, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unfinished Project

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PEAK POWER, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bill Petzolt**
**35763 Bonadelle Avenue**
**Madera, CA 93636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,610.00**

**Bluebook Building & Construction**
**Dodge Construction**
**P.O. Box 33127**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Subscription Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,250.00**

**Brooks Ransom Associates**
**7415 North Palm Avenue, Ste. 100**
**Fresno, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98,154.83**

**CED**
**P.O. Box 847080**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Purchase of Inventory**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Chris Orr**
**5821 Owl Creek Drive**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Referral Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.67**

**Chuck's Automotive**
**2432 Oak Street**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,162.29**

**CJ Torres Construction**
**1132 Radcliff Avenue**
**Bakersfield, CA 93305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PEAK POWER, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$717.50** |
|---|---|---|---|

**Contractor Compliance, Inc.**
P.O. Box 25337
Fresno, CA 93729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consulting Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$886.38** |
|---|---|---|---|

**Country Tire & Wheel**
1406 North Chester Avenue
Bakersfield, CA 93312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Repairs and Maintenance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,547.20** |
|---|---|---|---|

**Darron Nilsson**
10312 Palm Avenue
Bakersfield, CA 93312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Loans__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,000.00** |
|---|---|---|---|

**David Nilsson**
220 Edgerton Street
Bakersfield, CA 93313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Loans__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,627.57** |
|---|---|---|---|

**Departement of Industrial Relations**
State of California
455 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cal/OSHA Fine__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,972.00** |
|---|---|---|---|

**Department of Motor Vehicles**
P.O. Box 942897
Sacramento, CA 94297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Registrations__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,033.22** |
|---|---|---|---|

**Dingo Enterprises, Inc.**
10312 Palm Avenue
Bakersfield, CA 93312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Loans__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PEAK POWER, LLC**                          Case number (if known) _____
          Name

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.32** |
|---|---|---|---|

**Ecoprint Solutions, Inc.**
**1415 18th Street, Suite 120**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,405.00** |
|---|---|---|---|

**Electrum**
**525 South Hewitt Street**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Commissions**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Eric and Anamie Mahanke**
**11005 Silver Cliff**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Property Damages**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.17** |
|---|---|---|---|

**Fedex**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delivery Charges**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,219.83** |
|---|---|---|---|

**Get The Referral**
**715 J Street, No. 200**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **App Subscription**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$444.18** |
|---|---|---|---|

**Google**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Server and email services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,808.62** |
|---|---|---|---|

**Graybar Electric, Inc.**
**File 57071**
**Los Angeles, CA 90074-7071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of Inventory**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **PEAK POWER, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|
| | **Julio Cartagena**<br>**229 North Arizona Avenue**<br>**Los Angeles, CA 90022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Unfinished Project** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,078.23 |
|---|---|---|---|
| | **Kern Trophies**<br>**2015 F Street**<br>**Bakersfield, CA 93301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Purchase of Inventory** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,227.00 |
|---|---|---|---|
| | **Maddox Industrial**<br>**865 Victor Hill Road**<br>**Greer, SC 29651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Purchase of Inventory** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
|---|---|---|---|
| | **Microsoft-Office 360**<br>**1 Microsoft Way**<br>**Bellevue, WA 98008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Subscription** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.15 |
|---|---|---|---|
| | **Mobile Mini**<br>**P.O. Box 650882**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Storage Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,950.00 |
|---|---|---|---|
| | **Nathan Lee Yarbrough**<br>**1832 Art Street**<br>**Bakersfield, CA 93312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,748.65 |
|---|---|---|---|
| | **Nationwide Insurance**<br>**1 Nationwide Blvd, Frap Solutions**<br>**Columbus, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Premiums** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PEAK POWER, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.70 |
|---|---|---|---|

**PandaDoc**
**153 Kearny Street, Floor 5**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subscription Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,132.40 |
|---|---|---|---|

**Parkway C&A, LP**
**c/o Christopher Skelton, Esq.**
**Clark Hill**
**2600 Dallas Parkway, Suite 600**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Overpayment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,047.00 |
|---|---|---|---|

**Peter Tovar**
**1309 Langston Street**
**Bakersfield, CA 93307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,635.28 |
|---|---|---|---|

**PG&E**
**Box 997300**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.65 |
|---|---|---|---|

**Phillip Messer**
**1200 Cojnway Avenue**
**Tehachapi, CA 93561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Referral Fee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,700.00 |
|---|---|---|---|

**Randi Carroll**
**P.O. Box 1191**
**Tehachapi, CA 93581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,000.00 |
|---|---|---|---|

**Russ Miller**
**15157 Avenue 280**
**Visalia, CA 93292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Refund**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **PEAK POWER, LLC**                          Case number (if known) _____
_____
          Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,673.10 |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$174,673.10** |

**3.43** Nonpriority creditor's name and mailing address
**S.C. Anderson, Inc.**
**c/o Murray Tragish**
**Law Offices of Murray Tragish**
**1405 Commercial Way**
**Bakersfield, CA 93309**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Complaint-Kern County Superior Court Case No. BCV-21-102270**
Is the claim subject to offset? ■ No ☐ Yes
**$174,673.10**

---

**3.44** Nonpriority creditor's name and mailing address
**Simple Power**
**150 Estelle Lane**
**Allen, TX 75002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Services Rendered**
Is the claim subject to offset? ■ No ☐ Yes
**$446.37**

---

**3.45** Nonpriority creditor's name and mailing address
**Taylor & Galyan CPA**
**1800 30th Street, Suite 170**
**Bakersfield, CA 93301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Accounting Services**
Is the claim subject to offset? ■ No ☐ Yes
**$3,293.50**

---

**3.46** Nonpriority creditor's name and mailing address
**Tesla Powerwall**
**P.O. Box 889159**
**San Francisco, CA 94139**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Purchase of Inventory**
Is the claim subject to offset? ■ No ☐ Yes
**$18,720.61**

---

**3.47** Nonpriority creditor's name and mailing address
**Troy Butler**
**26000 Bear Valley**
**Tehachapi, CA 93561**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Loans**
Is the claim subject to offset? ■ No ☐ Yes
**$206,250.00**

---

**3.48** Nonpriority creditor's name and mailing address
**United Rentals (North America), Inc.**
**P.O. Box 051122**
**Los Angeles, CA 90074**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Rental Services**
Is the claim subject to offset? ■ No ☐ Yes
**$4,271.18**

---

**3.49** Nonpriority creditor's name and mailing address
**Varner Bros Inc.**
**P.O. Box 80427**
**Bakersfield, CA 93380**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Services Rendered**
Is the claim subject to offset? ■ No ☐ Yes
**$178.46**

| Debtor | **PEAK POWER, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,369.70 |
|---|---|---|---|
| | **Virgil Mears**<br>**6704 Audene Way**<br>**Bakersfield, CA 93308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Referral Fee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,603.17 |
|---|---|---|---|
| | **Wesco Distribution, Inc.**<br>**c/o Joseph a. Sifferd**<br>**Poindexter & Doutre, Inc.**<br>**400 South Hope Street, Suite 1320**<br>**Los Angeles, CA 90071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Complaint - Kern County Superior Court Case No. BCV-23-100619** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,823.30 |
|---|---|---|---|
| | **Zimmer & Melton, LLC**<br>**11601 Bolthouse Drive, Suite 100**<br>**Bakersfield, CA 93311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Attorneys Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CAL-OSHA**<br>**2 McArthur Place, Ste. 170**<br>**Santa Ana, CA 92707** | Line **3.19**<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | **Department of Industrial Relations**<br>**P.O. Box 511283**<br>**Los Angeles, CA 90051** | Line **3.19**<br><br>☐ Not listed. Explain ____ | — |
| 4.3 | **United States Attorney**<br>**for Internal Revnue Service**<br>**2500 Tulare Street, Room 4401**<br>**Fresno, CA 93721** | Line **2.2**<br><br>☐ Not listed. Explain ____ | — |
| 4.4 | **Wesco Receivables Corp**<br>**P.O. Box 31001-0465**<br>**Pasadena, CA 91110** | Line **3.51**<br><br>☐ Not listed. Explain ____ | — |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 718,035.94 |
| 5b. Total claims from Part 2 | 5b. + $ | 952,152.76 |

Debtor      **PEAK POWER, LLC**
                Name

Case number (if known)

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.

5c.        $            **1,670,188.70**

| Fill in this information to identify the case: |
| --- |

Debtor name __**PEAK POWER, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                              12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

   **2. List all contracts and unexpired leases**                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Vehicle Lease 2020 Chevrolet Bolt EV vehicle VIN: XX6117 Term: $209.80 per month - 36 month Lease Beginning Date: 4/8/2021 Debtor's Interest: Lessee** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **GM Financial P.O. Box 183834 Arlington, TX 76096** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Vehicle Lease 2020 Chevrolet Bolt EV vehicle VIN: XX3456 Term: $197.92 per month - 36 month Lease Beginning Date: 4/8/2021 Debtor's Interest: Lessee** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **GM Financial P.O Box 183834 Shafter, CA 93263** |

| Fill in this information to identify the case: |
|---|
| Debtor name  **PEAK POWER, LLC** |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | **Darron Nilsson** | **10312 Palm Avenue** **Bakersfield, CA 93312** | **Wesco Distribution, Inc.** | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.2 | **Darron Nilsson** | **10312 Palm Avenue** **Bakersfield, CA 93308** | **S.C. Anderson, Inc.** | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |
| 2.3 | **Darron Nilsson** | **10312 Palm Avenue** **Bakersfield, CA 93312** | **Bank of America** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Mark Handy** | **3301 Palm Street** **Bakersfield, CA 93312** | **Wesco Distribution, Inc.** | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.5 | **Mark Handy** | **3301 Palm Street** **Bakersfield, CA 93312** | **S.C. Anderson, Inc.** | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |

Debtor   **PEAK POWER, LLC**                      Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

---

**Fill in this information to identify the case:**

Debtor name     **PEAK POWER, LLC**

United States Bankruptcy Court for the:     **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known)     _____

☐ Check if this is an
amended filing

---

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $7,141,002.60 |
| **For prior year:**<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other  _____ | $8,079,160.00 |
| **For year before that:**<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other  _____ | $6,153,105.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    **PEAK POWER, LLC** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **CED** P.O. Box 847080 Los Angeles, CA 90084 | **9/2023** | **$25,521.89** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **WESCO DISTRIBUTION, INC., a Delaware corporation vs. PEAK POWER, LLC, a California limited liabity company; MARK STANTON HANDY, an individual; JASON BORK, an individual; DARRON LORN NILSSON BCV-23-100619** | **Complaint** | **Kern County Superior Court 1215 Truxtun Avenue Bakersfield, CA 93301** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor   **PEAK POWER, LLC**                                    Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **PEAK POWER, LLC** **vs.** **LIMONEIRA COMPANY dba LMNA-TSEA CORPORATION, PERPETUAL POWER, LLC** | **Complaint for Foreclosure of Mechanics Lien** | **Ventura County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **S.C. ANDERSON, INC., a California corporation** **vs.** **GOLDEN STATE POWER, LLC, a California Limited Liability Company; PEAK POWER, LLC, a California Limited Liability Company; JOSEPH LEO BORK; DARRON NILSSON; MARK STANTON HANDY; GABRIEL OBLIVER BORK, TOKIO MARINE HOLDINGS, INC.; et al** **BCV-21-102270** | **Complaint** | **Kern County Superior Court 1215 Truxtun Avenue Bakersfield, CA 93301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Debtor    **PEAK POWER, LLC** _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Leonard K. Welsh 1800 30th Street, Fourth Floor Bakersfield, CA 93301 | $7,500.00 = Attorneys fees $500.00 = Costs advance | | $8,000.00 |
| | Email or website address lwelsh@lkwelshlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Brayan Aguilar 463 Olson Avenue Bakersfield, CA 93307 | 2005 Ford F-350 Super Duty XLT VIN: XX58968 | 5/18/2023 | $5,300.00 |
| | Relationship to debtor | | | |
| 13.2. | Bear Mountain Roofing 9346 Pioneer Drive Bakersfield, CA 93306 | 2017 F250 Super Duty Crew VIN: XX24382 | 8/15/2023 | $29,828.00 |
| | Relationship to debtor None | | | |
| 13.3. | Juan Suarez 1125 Santa Mario Avenue Stockton, CA 95207 | 2013 Ford F-150 Super Cab truck VIN: XX20401 | 7/10/2023 | $6,500.00 |
| | Relationship to debtor None | | | |
| 13.4. | Juan Suarez 1125 Santa Maria Way Stockton, CA 95207 | 2013 Ford F-150  Supercab truck VIN: XX13760 | 7/10/2023 | $9,000.00 |
| | Relationship to debtor None | | | |

Debtor    **PEAK POWER, LLC**                      Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.5. | | 2013 Ford F-150 Super Cab truck<br>VIN: XX52066<br>$7500.00 | | |
| | | 2012 Ford F350 Single Cab truck<br>VIN: XX10743<br>$15,000.00 | | |
| | | 2017 Ford F250 Super Duty Crew truck<br>VIN: XX80679<br>$25,000.00 | | |
| | | 2010 Transit Connect<br>VIN: XX26949<br>$3,500.00 | | |
| | | 2017 Sky-Dump Trailer<br>VIN: XX12724<br>$4,000.00 | | |
| | | Forklift 6K<br>$7,000.00 | | |
| | Simple Power<br>1567 James Road<br>Bakersfield, CA 93308 | White Box Trailer<br>$2,500.00 | 7/24/2023 | $64,500.00 |
| | Relationship to debtor<br>None | | | |

---

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 7:</div>   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 5222 Northspur Court<br>Bakersfield, CA 93308 | 8/1/2020 - 7/31/2023 |
| 14.2. | 10312 Palm Avenue<br>Bakersfield, CA 93308 | 8/1/2023 - Present |

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 8:</div>   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 9:</div>   **Personally Identifiable Information**

Debtor   **PEAK POWER, LLC**                                    Case number *(if known)*

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor   **PEAK POWER, LLC** _____    Case number *(if known)* _____

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:**   **Details About the Debtor's Business or Connections to Any Business** |
|---|

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Peak Power, LLC**<br>**fka Golden State Power, LLC**<br>**5222 Northspur Court**<br>**Bakersfield, CA 93308** | **Solar and electrical contractor** | EIN:     **81-3169295**<br><br>From-To   **5/2016 to current** |

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Darron Nilsson**<br>**10312 Palm Avenue**<br>**Bakersfield, CA 93312** | **2016 to current** |
| 26a.2.   **Taylor & Galyan, CPA**<br>**1800 30th Street, No. 170**<br>**Bakersfield, CA 93301** | **5/2016 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor   **PEAK POWER, LLC** _____     Case number *(if known)* _____

■ **None**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ **None**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Darron Nilsson**<br>**10312 Palm Avenue**<br>**Bakersfield, CA 93312** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ **None**

| Name and address |
|---|
| 26d.1.   **Sungage Financial**<br>**38 Chauncy Street, Floor 6**<br>**Boston, MA 02111** |
| 26d.2.   **Dayspring Bank**<br>**914 Lake Avenue**<br>**Gothenburg, NE** |
| 26d.3.   **Goodleap**<br>**Box 25101**<br>**2550 Cerrillos Road**<br>**Santa Fe, NM 87504** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ **No**
☐ **Yes.** Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1   **Darron Nilsson** | **12/15/2023** | **$90,695.00 - Fair Market Value** |

| Name and address of the person who has possession of inventory records |
|---|
| **Darron Nilsson**<br>**10312 Palm Avenue**<br>**Bakersfield, CA 93308** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Darron Nilsson** | **10312 Palm Avenue**<br>**Bakersfield, CA 93312** | **Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Handy** | **3301 Palm Street**<br>**Bakersfield, CA 93309** | **Member** | **50%** |

Debtor    **PEAK POWER, LLC**                                  Case number *(if known)* _____

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mark Handy**<br>**3301 Palm Street**<br>**Bakersfield, CA 93309** | **$88,000.00** | **2023** | **Wages** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2. | **Darron Nilsson**<br>**10312 Palm Avenue**<br>**Bakersfield, CA 93312** | **$81,134.02** | **2023** | **Wages** |
| | Relationship to debtor<br>**Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Trans America** | **EIN:    81-3169295** |

Debtor    **PEAK POWER, LLC**                                 Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        December 20, 2023

/s/ Darron Nilsson                                      **Darron Nilsson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes